1
2
3
4
5
6
7
8
9
10
11
12
13
14                         UNITED STATES DISTRICT COURT
15                               DISTRICT OF NEVADA
16
17 DANITA COHEN-BREEN,          )
                             )
18       Plaintiff,           )
                             )
19 v.                       )  Case No. 3:08-cv-244-LRH-(VPC)
                             )
20 GRAY TELEVISION GROUP, INC., a  )
Nevada corporation d/b/a KOLO-TV,  )
21 and DOES I-X, inclusive,       )
                             )
22       Defendant(s).        )
23 _____

24 **STIPULATION FOR EXTENSION OF TIME TO FILE FINAL REPLIES TO**
25 **OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT (First Request); ORDER**
26

I

Pursuant to LR 6-1, the parties to this action, Plaintiff Danita Cohen-Breen and Defendant Gray Television Group, Inc. doing business as KOLO-TV, through their respective undersigned counsel of record, hereby AGREE and STIPULATE as follows:

1.      Final Reply memoranda of points and authorities are presently due from both parties on <u>January 5, 2009</u> in response to opposition memoranda (Dkt. #'s 45 and 46) that were filed on December 22, 2008 by both parties to each other's respective Motions for Summary Judgment (Dkt. #'s 42 and 43) filed on December 3, 2008.

2.      This is the <u>first request</u> for such an extension of time pertaining to the two Motions for Summary Judgment; the only previous request for any extension of time to comply with any other deadline in this case was the Stipulation regarding expert discovery deadlines (Dkt. #34) which was submitted on October 7, 2008, and which was granted by the Court in its Order (Dkt. #35) dated October 8, 2008.

3.      Undersigned counsel for both parties request a short extension of time within which to file their respective final Replies to the opposition memoranda in view of

///

///

///

///

///

///

///

///

///

2

1   the current holiday period and the concurrent press of business, to and including <u>Friday,</u>

2   <u>January 16, 2009</u>.

3   Dated this 2 2nd day of December, 2008.  MAUPIN, COX & LeGOY

4                                       By

5                                         Michael E. Malloy, NV Bar #617
                                        Attorneys for Defendant

6

7   Dated this 23rd day of December, 2008  ROBISON, BELAUSTEGUI, SHARP &
                                        LOW

8                                         By

9                                         Clayton P. Brust, Esq.
                                        Attorneys for Plaintiff

10

11                              IT IS SO ORDERED:

12

13

14

15

16                              LARRY R. HICKS

17                              UNITED STATES DISTRICT JUDGE

18                              DATED:  December 30, 2008

19

20

21

22

23

24

25

26

                                          3