UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DANITA COHEN-BREEN,

    Plaintiff,

v.

GRAY TELEVISION GROUP, INC., a Nevada Corporation d/b/a KOLO-TV, and DOES I-X, inclusive,

    Defendant(s).

CASE NO. 3:08cv00244-LRH-VPC

## ORDER

Upon review of KOLO's Motion to Extend Deadline for Filing Pre-Trial Order and for good cause shown, this Court hereby GRANTS and APPROVES said Motion to Extend Deadline for Filing Pre-Trial Order until January 29, 2010.

IT IS SO ORDERED this 20th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-4-